# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRELL DEVON LEWIS, | : | Civil No. 1:22-CV-01660 |
| Petitioner, | : | |
| v. | : | |
| J.L. JAMISON, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 29th day of June, 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The petition for writ of habeas corpus filed under 28 U.S.C. § 2254, Doc. 1, is **DISMISSED**.

2. The Clerk of Court shall **CLOSE** this case.

                                                  s/Jennifer P. Wilson
                                                  JENNIFER P. WILSON
                                                  United States District Judge
                                                  Middle District of Pennsylvania